■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN K. JONES, Appellant. [732 NYS2d 361] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1999 (*People v Jones,* 266 AD2d 236), affirming a judgment of the County Court, Orange County, rendered December 20, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., S. Miller, Florio and H. Miller, JJ., concur.